**Order entered February 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01162-CR

**JOHANAN JOHN FOLSOM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-58786-P**

## ORDER

The Court **REINSTATES** the appeal.

On January 8, 2013, we ordered the trial court to make findings regarding whether court reporter Yolanda Atkins could produce her portion of the reporter's record. We **ADOPT** the findings that: (1) Ms. Atkins testified she recorded the first half of the suppression hearing; (2) her stenographic equipment was stolen from her vehicle and the transcription is irretrievably lost; (3) appellant is not a fault for the loss of the record; and (4) the parties cannot agree on a substituted record.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

/s/     DAVID W. EVANS
JUSTICE